**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
CASE NO. 16-CIV-62484-LENARD

ABS-CBN CORPORATION, *et al.,*

        Plaintiffs,

vs.

CINEPINOY.TF,

        Defendant.

_____/

**NOTICE OF VOLUNTARY DISMISSAL, WITHOUT PREJUDICE,**
**OF DEFENDANT CINEPINOY.TF A/K/A PINOYFLIX.TF**

Plaintiffs, ABS-CBN Corporation, ABS-CBN Film Productions, Inc., d/b/a Star Cinema, and ABS-CBN International Corporation (collectively, "Plaintiffs"), by and through their undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby give notice of their voluntary dismissal, without prejudice, of Defendant cinepinoy.tf a/k/a pinoyflix.tf. On October 20, 2016, Plaintiffs filed a Complaint for Damages and Injunctive Relief in this Court. Defendant has not answered or moved for summary judgment. Fed. R. Civ. P. 41(a)(1)(A)(i) provides that so long as the opposing party has not yet served either an answer or a motion for summary judgment in response to the complaint, a plaintiff may voluntarily dismiss his case without a court order by filing a notice of dismissal. Plaintiffs hereby give such notice of voluntary dismissal without prejudice. As such, this action should be dismissed without prejudice. "Rule 41(a)(1) entitles a plaintiff to voluntarily "dismiss an action without a court order by filing . . . a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i). A notice of dismissal "is effective immediately upon filing." Anago Franchising, Inc. v. Shaz, LLC, 677 F.3d 1272, 1277 (11th Cir. 2012) (quoting

Matthews v. Gaither, 902 F.2d 877, 880 (11th Cir. 1990) (per curiam))." Andrews v. Persley, No. 16-11943, 2016 U.S. App. LEXIS 17559, at *2 (11th Cir. Sep. 27, 2016).

DATED: October 24, 2016.                Respectfully submitted,

                                                         STEPHEN M. GAFFIGAN, P.A.

By: s:/**Christine Ann Daley**/_____
Stephen M. Gaffigan (Fla. Bar No. 025844)
Virgilio Gigante (Fla. Bar No. 082635)
Christine Ann Daley (Fla. Bar No. 98482)
401 East Las Olas Blvd., #130-453
Ft. Lauderdale, Florida 33301
Telephone: (954) 767-4819
Facsimile: (954) 767-4821
E-mail: stephen@smgpa.net
E-mail: leo@smgpa.net
E-mail: christine@smgpa.net

Attorneys for Plaintiffs

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on October 24, 2016, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.

                                              __s/*Christine Ann Daley*/____
                                                  Christine Ann Daley